IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| **REX AIKEN** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 1:04cv33JMR-JMR** |
| **MIKE BYRD, SHERIFF OF JACKSON COUNTY, MISSISSIPPI; JOHN DOES 1-3; JACKSON COUNTY MISSISSIPPI** | **DEFENDANTS** |

### FINAL JUDGMENT

Pursuant to the memorandum opinion issued on April 26, 2006, the Defendants' Motion [13-1] for Summary Judgment should be granted, the Defendants' Motion [12-1] to Compel and the Defendants' Motion [15-1] in Limine, or in the Alternative, Motion to Dismiss are both hereby moot.

IT IS, hereby, ORDERED AND ADJUDGED, this matter be, and is hereby, dismissed with prejudice.

This the 26th day of April, 2006.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE